UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV457

| | | |
|---|---|---|
| MARTINA E. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT of | ) | |
| AGRICULTURE- RURAL HOUSING | ) | |
| SERVICE, | ) | |
| Defendant. | ) | |
| | ) | |

On December 26, 2006, this Court granted Plaintiff Clark's Motion to Proceed *In Forma Pauperis*. (Doc. No. 5). **IT IS HEREBY ORDERED** that the Clerk will issue summons and deliver it forthwith to the United States Marshal who will make service of process without additional costs as it usual in cases proceeding *in forma pauperis*.

Signed: January 9, 2007

Robert J. Conrad, Jr.
Chief United States District Judge