# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:06 CV 457

| | |
|---|---|
| MARTINA E. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| USDA-RHS and | ) |
| PALMER HUFFSTETLER, JR., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* in preliminary response to the "Defendant's Motion To Dismiss For Failure To State A Claim and Incorporated Memorandum of Law" (Document No. 11) filed March 19, 2007. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review. In recognition of Martina E. Clark's ("Plaintiff") *pro se* status, and out of an abundance of caution, the undersigned will allow Plaintiff an extension of time to file a response to the pending motion to dismiss.

In accordance with the dictates of Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the undersigned is required to notify Plaintiff that she has the right to file a response in opposition to the instant motion. Any response filed by Plaintiff should be accompanied by a brief containing a concise statement of reasons for Plaintiff's opposition and a citation of authorities upon which she relies. The response may also be accompanied by exhibits, affidavits in opposition to the motion, or other responsive material. Plaintiff is reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence, and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as

provided by law.

Any response – including an accompanying brief and any exhibits, affidavits or other responsive material – must be filed no later than **May 30, 2007.** The original and one copy of Plaintiff's response should be mailed to the Clerk of Court, and a copy served upon counsel for the Defendants. Any pleadings presented to this court for filing must be accompanied by a certificate stating that Plaintiff has served copies on counsel for the Defendants.

**IT IS, THEREFORE, ORDERED** that Plaintiff has until **May 30, 2007,** within which to respond further to the "Defendant's Motion To Dismiss..." (Document No. 11).

Signed: May 8, 2007

David C. Keesler
United States Magistrate Judge