# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Martina E. Clark,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                             3:06-cv-457

USDA-RHS,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/22/2007 Order.

                                                     Signed: October 22, 2007

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court